2-12-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 17 2015

Abel Acosta, Clerk

Mr. Acosta,

I'm writing this letter concerns of PDR# 1004-14. Please notify me of where my PDR stands as of 2-11-15. This PDR was filed on 9-26-14 nearly five months ago and I tried to supplement the PDR on 11-25-14, it was denied. Please inform me of rather the PDR is still standing or if its been refused, the date of refusal and perhaps why I haven't been notified. Any help in this matter is greatly appreciated -

Thank You!

Jason Carpenter
Jason Carpenter #1844102
Bill Clements Unit
9601 Spur 591
Amarillo, TX.
79107